

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00316-CV

**LAREDO JET CENTER, LLC,**
Appellant

v.

**CITY OF LAREDO,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016CVF003042D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                     Luz Elena D. Chapa, Justice
                     Irene Rios, Justice

Appellant, Laredo Jet Center LLC, has filed a motion for leave to file an amended brief. The motion asserts, "A principal reason for making this request is that . . . the Appellant's Brief has omitted a broad *Malooly-style* issue." The motion further asserts additional references to the clerk's record may be necessary.

We grant the motion in part, and **order** appellant, Laredo Jet Center LLC, to file an amended brief by January 29, 2018. We further **order** the amendments to the appellant's brief shall be limited only to including a broad *Malooly*-style issue in the statement of the issues and adding citations to the clerk's record. The amended brief shall not include newly briefed appellate issues. Appellant, Laredo Jet Center LLC, is advised that if the amended brief does not strictly comply with this order, the amended brief may be stricken without further notice.

It is so ORDERED on this 28th day of December, 2017.

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE
Clerk of Court

